## Tanner, to use, Appellant, *v.* Van Gelder Yarn Co., Inc.

Argued January 3, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Ralph B. Umsted,* with him *Howard M. Kuehner,* for appellant.

*Lester Lichtenstein,* for appellee.

PER CURIAM, January 30, 1934:

In this action of assumpsit for breach of contract, plaintiff appeals from the discharge of his rule for judgment, on part of his claim, for want of a sufficient affidavit of defense. The questions involved were purely questions of fact, as to which the opinion of the learned court below states: "The defendant has clearly and concisely set forth in its affidavit of defense and new matter facts indicating a prima facie legal defense to the *whole* of the plaintiff's claim." (Italics ours.) Under such circumstances, summary judgment was properly refused: Brannen v. Granite-Silberstein B. & L. Assn., 310 Pa. 278; Coral Gables, Inc., v. MacBroom, 311 Pa. 183.

The order of the court below is affirmed.